# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Breanna R. Depew | CHAPTER 7 |
| | BKY. NO. 19-12060 MDC |
| Debtor | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of Ditech Financial LLC and index same on the master mailing list.

            Respectfully submitted,
            **/s/ Kevin G. McDonald, Esq.**
            Kevin G. McDonald, Esquire
            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 627-1322