Certificate Number: 17082-PAE-DE-032666896

Bankruptcy Case Number: 19-12060



17082-PAE-DE-032666896

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 14, 2019</u>, at <u>1:25</u> o'clock <u>PM MST</u>, <u>BREANNA DEPEW</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.,</u> a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>April 14, 2019</u>

By: <u>/s/Orsolya K Lazar</u>

Name: <u>Orsolya K Lazar</u>

Title: <u>Executive Director</u>